IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAMS CARPET CENTER, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST | : | NO. 23-4529 |

<u>ORDER</u>

AND NOW, this 12th day of December 2023, pursuant to a stipulation of the parties, it is hereby ORDERED that this action is REMANDED to the Court of Common Pleas of Philadelphia County on the ground that the requisite amount in controversy under 28 U.S.C. § 1332(a) has not been satisfied.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.